```
 1  McGREGOR W. SCOTT
    United States Attorney
 2  KRISTI C. KAPETAN
    Assistant U.S. Attorney
 3  2500 Tulare St., Ste. 4401
    Fresno, CA 93721
 4  Telephone No: (559) 497-4036

 5  Attorneys for Defendant
```

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| KATRINA L. ORR, | ) | 1:05-cv-01599 SMS |
| | ) | |
| Plaintiff, | ) | STIPULATION AND ORDER TO |
| | ) | EXTEND TIME |
| v. | ) | |
| | ) | |
| JO ANNE B. BARNHART, | ) | |
| Commissioner of Social | ) | |
| Security, | ) | |
| Defendant. | ) | |
| _____ | ) | |

The parties, through their respective counsel, stipulate that the time for filing defendant's response to plaintiff's confidential letter brief be extended from August 1, 2006 to August 31, 2006.

//

//

//

//

//

//

//

1

This is defendant's first request for an extension of time to file a response to plaintiff's confidential letter brief. Defendant needs additional time to further review the file and prepare a response in this matter.

                                      Respectfully submitted,

Dated: August 1, 2006        /s/ Stuart Barasch
                                      (As authorized via facsimile)
                                      STUART BARASCH
                                      Attorney for Plaintiff

Dated: August 1, 2006        McGREGOR W. SCOTT
                                      United States Attorney

                                      /s/ Kristi C. Kapetan
                                      KRISTI C. KAPETAN
                                      Assistant U.S. Attorney

IT IS SO ORDERED:

DATED: 8/1/2006             /s/ Sandra M. Snyder
                                      THE HONORABLE SANDRA M. SNYDER
                                      United States Magistrate Judge