```
 1  McGREGOR W. SCOTT
    United States Attorney
 2  KRISTI C. KAPETAN
    Assistant U.S. Attorney
 3  4401 Federal Building
    2500 Tulare Street
 4  Fresno, California 93721
    Telephone:  (559) 497-4036
 5
    Attorneys for Defendant
 6
 7
                IN THE UNITED STATES DISTRICT COURT FOR THE
 8
                      EASTERN DISTRICT OF CALIFORNIA
 9
10  KATRINA L. ORR,              )    1:05-CV-01599 SMS
                                 )
11            Plaintiff,         )
                                 )    STIPULATION AND **ORDER**
12       v.                      )    FOR REMAND PURSUANT TO
                                 )    SENTENCE FOUR OF 42 U.S.C.
13  JO ANNE B. BARNHART,         )    § 405(g), and
    Commissioner of Social       )
14  Security,                    )    REQUEST FOR ENTRY OF **JUDGMENT**
                                 )    IN FAVOR OF PLAINTIFF AND
15            Defendant.         )    AGAINST DEFENDANT
    _____)
16
```

17     IT IS HEREBY STIPULATED, by and between the parties, through
18 their respective counsel of record, that this action be remanded
19 to the Commissioner of Social Security for further administrative
20 action pursuant to section 205(g) of the Social Security Act, as
21 amended, 42 U.S.C. § 405(g), sentence four.
22     On remand, the Appeals Counsel will instruct an ALJ to take
23 the following action:
24     1.  Hold a new hearing;
25     2.  Obtain a vocational expert to identify specific jobs the
26 claimant can perform;
27     3.  Complete the sequential evaluation process; and,
28     4.  Issue a new decision.

1 | The parties further request that the Clerk of the Court be directed to enter a final judgment in favor of plaintiff, and against defendant, Jo Ann B. Barnhart, Commissioner of Social Security, reversing the final decision of the Commissioner.

                                      Respectfully submitted,

Dated: August 29, 2006        /s/ Stuart Barasch
                                      (As authorized via facsimile)
                                      STUART BARASCH
                                      Attorney for Plaintiff

Dated: August 29, 2006        McGREGOR W. SCOTT
                                      United States Attorney

                                      /s/ Kristi C. Kapetan
                                      KRISTI C. KAPETAN
                                      Assistant U.S. Attorney

IT IS SO ORDERED.

**Dated:   September 1, 2006**        **/s/ Sandra M. Snyder**
icido3                                            UNITED STATES MAGISTRATE JUDGE