```
 1  McGREGOR W. SCOTT
    United States Attorney
 2  KRISTI C. KAPETAN
    Assistant U.S. Attorney
 3  2500 Tulare St., Ste. 4401
    Fresno, CA 93721
 4  Telephone No: (559) 497-4036

 5  Attorneys for Defendant

 6

 7

 8              IN THE UNITED STATES DISTRICT COURT FOR THE

 9                    EASTERN DISTRICT OF CALIFORNIA

10  KATRINA L. ORR,              )   1:05-cv-01599 SMS
                                 )
11            Plaintiff,         )   STIPULATION AND ORDER
                                 )   AWARDING EAJA ATTORNEY FEES
12       v.                      )
                                 )
13  JO ANNE B. BARNHART,         )
    Commissioner of Social       )
14  Security,                    )
                                 )
15            Defendant.         )
    _____)
16
```

17      IT IS HEREBY STIPULATED by the parties, through their

18 undersigned counsel, subject to the approval of the Court, that

19 counsel for plaintiff be awarded attorney fees under the Equal

20 Access to Justice Act in the amount of NINE HUNDRED FORTY SIX

21 DOLLARS AND THIRTY-SIX CENTS ($946.36).  This amount represents

22 compensation for legal services rendered on behalf of plaintiff by

23 counsel in connection with this civil action for services

24 performed before the district court in accordance with 28 U.S.C. §

25 2412(d).

26 ///

27 ///

28 ///

1    This stipulation constitutes a compromise settlement of
2 plaintiff's request for EAJA attorney fees and does not constitute
3 an admission of liability on the part of defendant under the EAJA.
4 Payment in the aforementioned sum under EAJA shall constitute a
5 complete release from and bar to any and all claims, rights,
6 causes of action, liens or subrogated interests relating to
7 attorneys fees incurred in this action under EAJA.
8    The settlement of plaintiff's claim for EAJA attorney fees
9 does not preclude plaintiff's counsel from seeking attorney fees
10 under 42 U.S.C. § 406(b) of the Social Security Act, subject to
11 the offset provisions of the law.

                              Respectfully submitted,

Dated: September 12, 2006     /s/ Stuart Barasch
                              (As authorized via facsimile)
                              STUART BARASCH
                              Attorney for Plaintiff

Dated: September 12, 2006     McGREGOR W. SCOTT
                              United States Attorney

                              /s/ Kristi C. Kapetan
                              KRISTI C. KAPETAN
                              Assistant U.S. Attorney


IT IS SO ORDERED.

**Dated:   September 13, 2006**         **/s/ Sandra M. Snyder**
icido3                              UNITED STATES MAGISTRATE JUDGE

2